IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TAMARIS (GIBRALTAR) LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>PPGAMESUSA.COM, *et al.*,<br><br>    Defendants. | Civil Action No. 1:23-cv-1692 |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated June 11, 2024, in response to a Motion for Default Judgment.

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

**ORDERED** that default judgment is entered in favor of plaintiff and against the defendant domain names with respect to plaintiff's claim alleging a violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). It is further

**ORDERED** that VeriSign, Inc. must change the registrars of record for the defendant domain names to plaintiff's domain name registrar of choice, SafeNames Ltd. It is further

**ORDERED** that SafeNames Ltd. shall take all necessary steps to have plaintiff listed as the registrant for the defendant domain names.

Alexandria, Virginia
July _11_, 2024

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

2